**UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS**

PS Lit Recovery, LLC
Plaintiff

CIVIL ACTION
NO. 24cv12996-WGY

V.

Pegasystems Inc. et al
Defendants

**SETTLEMENT ORDER OF DISMISSAL**

**YOUNG, D.J.**

The Court having been advised on August 21, 2026, that the above-entitled action has been settled.

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

August 21, 2026
Date

/s/Matthew A. Paine
Deputy Clerk